JOEL ROGOFF, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JAMES F. TUFARIELLO, DEFENDANT-PETITIONER, AND TOWN COUNCIL OF THE TOWN OF WEST ORANGE, DEFENDANT-RESPONDENT.

See same case below: 106 *N. J. Super.* 303.

*Mr. Max Sherman* and *Mr. Barry M. Hoffman* for the petitioner.

*Messrs. Skoloff & Wolfe* and *Mr. Louis Lando* for the respondents.

October 28, 1969. Denied.

IN THE MATTER OF APPEAL OF SOL GURTENSTEIN.

*Messrs. Okin, Pressler & Scherby* for the petitioner.

*Mr. Irving I. Vogelman, Mr. James F. Ryan, Mr. Theodore A. Winard* and *Mr. Arthur J. Sills* for the respondents.

October 28, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BLAND WILLIAMS, DEFENDANT-PETITIONER.

*Mr. Bland Williams in propria persona.*

*Mr. Edward J. Dolan* and *Mr. David J. Monyek* for the respondent.

October 28, 1969. Denied.